NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDGEWELL PERSONAL CARE BRANDS, LLC, INTERNATIONAL REFILLS COMPANY, LTD.,**
*Plaintiffs-Appellants*

**v.**

**MUNCHKIN, INC.,**
*Defendant-Appellee*

---

2020-1203

---

Appeal from the United States District Court for the Central District of California in No. 2:18-cv-03005-PSG-JPR, Judge Philip S. Gutierrez.

---

**ON PETITION FOR PANEL REHEARING**

---

Before MOORE, *Chief Judge\**, NEWMAN and HUGHES, *Circuit Judges*.

PER CURIAM.

---

\*    Chief Judge Kimberly A. Moore assumed the position of Chief Judge on May 22, 2021.

2       EDGEWELL PERSONAL CARE BRANDS v. MUNCHKIN, INC.

## O R D E R

Appellee Munchkin, Inc. filed a petition for panel rehearing. A response to the petition was invited by the court and filed by Appellants Edgewell Personal Care Brands, LLC and International Refills Company, Ltd.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is granted to the extent that the previous precedential opinion and judgment, issued March 9, 2021, are withdrawn and replaced with the modified precedential opinion and judgment accompanying this order. The only change from the previously issued opinion is the addition of a sentence on page 13, lines 3–6.


FOR THE COURT

May 26, 2021                    /s/ Peter R. Marksteiner
   Date                         Peter R. Marksteiner
                                Clerk of Court